HARRY J. STYLES, Respondent, v. WILLIAM J. STYLES, SR., and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

JAMES R. BROWN, Respondent, v. O'ROURKE FULLER MOTORS, INC., Appellant. — Order of the County Court of Nassau county granting plaintiff's motion for examination of defendant before trial modified by striking out the last two paragraphs and by adding in place thereof the words, " without prejudice to an application for the examination of any other officer or representative if the necessity thereof arise." As so modified the order is affirmed, without costs. Examination to proceed on five days' notice at the place and hour stated in the order. No opinion. Lazansky, P. J., Kapper and Carswell, JJ., concur; Hagarty and Davis, JJ., dissent and vote for reversal.

LORETTA COLANTINO, Appellant, v. MAMARONECK TRUST COMPANY and JOSEPHINE TESTA (in the Alternative), Respondents.— Orders dismissing complaint affirmed, with ten dollars costs and disbursements to respondents jointly. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ., concur.

EMILIO DI BIANCO, Respondent, v. FILOMENO NAPOLETANO and MARIA NAPOLETANO, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

ELVIN TRUCKING CORPORATION, Respondent, v. SAMUEL FIMINELLA and Others, Appellants. (Appeal No. 2.) — Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

THE FIRST NATIONAL BANK OF MEADVILLE, PA., Appellant, Respondent, v. HOLLAND FARMS, INC., Respondent, Appellant.— Order entered January 3, 1931, denying plaintiff's motion for summary judgment, and order entered February 4, 1931, in so far as it denies defendant's motion to dismiss complaint affirmed, without costs. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ., concur.